Certificate Number: 03088-PAE-DE-037078202

Bankruptcy Case Number: 17-16710



03088-PAE-DE-037078202

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on January 3, 2023, at 8:18 o'clock AM CST, Nikkia M Hill completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 3, 2023

By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor