United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-16710-elf |
| Nikkia Hill | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 03, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nikkia Hill, 6556 Windsor Avenue, Philadelphia, PA 19142-1320 |
| 13992561 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14555086 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13992574 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14035240 | + | TD Bank N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 04 2023 03:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 04 2023 03:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13992567 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 04 2023 03:47:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 13999227 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 04 2023 03:47:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 13992562 | + | Email/Text: broman@amhfcu.org | Jan 04 2023 03:47:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 13992568 | + | Email/Text: aleasure@autotrakk.com | Jan 04 2023 03:47:00 | Autotrakk Llc, 1500 Sycamore Rd Ste 200, Montoursville, PA 17754-9416 |
| 14036913 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 04 2023 03:53:33 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14069442 | | Email/Text: megan.harper@phila.gov | Jan 04 2023 03:47:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13992569 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2023 03:53:33 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14024936 | | Email/PDF: bncnotices@becket-lee.com | Jan 04 2023 03:53:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13992570 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2023 03:53:35 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13992571 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 04 2023 03:47:00 | Comenitycapital/lndclb, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13992573 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2023 03:53:33 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box |

Case 17-16710-elf   Doc 55   Filed 01/05/23   Entered 01/06/23 00:39:09   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 03, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 8053, Mason, OH 45040 |
| 13999526 | | Email/Text: mrdiscen@discover.com | Jan 04 2023 03:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13992572 | + | Email/Text: mrdiscen@discover.com | Jan 04 2023 03:47:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14015526 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 04 2023 03:47:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 13992575 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 04 2023 03:47:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14060505 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2023 03:53:33 | LVNV Funding, LLC its successors and assigns as, assignee of NCOP Capital III, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13992576 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 04 2023 03:47:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14031889 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 04 2023 03:47:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13992577 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 04 2023 03:53:31 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14000849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 04 2023 03:53:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13993321 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 04 2023 03:53:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13992578 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2023 03:53:31 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13992579 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2023 03:53:33 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13992581 | | Email/Text: bankruptcy@td.com | Jan 04 2023 03:47:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 13992580 | + | Email/Text: bncmail@w-legal.com | Jan 04 2023 03:47:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 13992582 | + | Email/PDF: tbiedi@PRAGroup.com | Jan 04 2023 03:53:31 | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14029001 | | Email/PDF: ebn_ais@aisinfo.com | Jan 04 2023 03:53:31 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13992583 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 04 2023 03:47:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 13992584 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 04 2023 03:53:35 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13992563 | *+ | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 13992564 | *+ | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 13992565 | *+ | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 13992566 | *+ | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 03, 2023 | Form ID: 138OBJ | Total Noticed: 36

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2023       Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Nikkia Hill brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation loismvitti@vittilaw.com  nicole@vittilaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nikkia Hill
      Debtor(s)

Case No: 17−16710−elf
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/3/23

54 − 49
Form 138OBJ